LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

February 28, 2025

**Via ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Joseph Thompson**
               Case No.: 7:25-mj-00260-UA-2

Dear Judge McCarthy:

      On or about February 21, 2025, the undersigned was appointed to represent Mr. Joseph Thompson in the above matter. On February 21, 2025, Mr. Thompson appeared before Your Honor for an initial appearance. At the conclusion of the hearing, the Court ordered Mr. Thompson released on conditions. One of the conditions that the Court set was that the unsecured appearance bond entered into by Mr. Thompson be co-signed by two financially responsible persons ("FRPs") by February 28, 2025 (Doc. 12). As the Court is aware, the FRPs must be vetted by the government before cosigning the bond. One proposed FRP, Ms. Williams, has been interviewed by the government, and AUSA Levander notified my office that she can be considered as a secondary FRP. The other proposed co-signer notified Mr. Thompson yesterday afternoon that he has a personal issue requiring his attention and cannot be a co-signer. Mr. Thompson has others willing to be FRPs; however, more time is needed for the government to vet them.

      WHEREFORE, the undersigned requests that the Court extend the deadline for financially responsible persons to co-sign Mr. Thompson's bond until March 7, 2025.

                                            Respectfully submitted,

                                            THE DEFENDANT,
                                            Joseph Thompson

                                            */s/ Bruce D. Koffsky*

BDK/dgb